**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7513**

_____

JHAN P. GIBBS,

                                        Petitioner - Appellant,

        versus

DONALD F. BAUKNECHT, Warden,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:07-cv-00735-GRA)

_____

Submitted:  January 17, 2008        Decided:  January 28, 2008

_____

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jhan P. Gibbs, Appellant Pro Se.  Barbara Murcier Bowens, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jhan P. Gibbs, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gibbs v. Bauknecht</u>, No. 6:07-cv-00735-GRA (D.S.C. Sept. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>